■ PARIS v WATERMAN STEAMSHIP CORPORATION.—Motion granted only insofar as to clarify the order of this court entered on August 20, 1987 (133 AD2d 27), as indicated; and cross motion for reargument denied. Concur—Murphy, P. J., Ross, Asch, Milonas and Rosenberger, JJ.

■ MURRAY v STATE LIQUOR AUTHORITY.—Motion for reargument of, or in the alternative for leave to appeal to the Court of Appeals from, the order of this court entered on October 15, 1987 (133 AD2d 569), granted only to extent of permitting reargument, as indicated. Concur—Murphy, P. J., Kupferman, Sullivan, Milonas and Smith, JJ.